**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2299**

DEREK N. JARVIS,

Plaintiff - Appellant,

v.

STAPLES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:10-cv-00244-PJM)

Submitted: April 28, 2011                Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek N. Jarvis, Appellant Pro Se.  Reenah Kim, SEYFARTH SHAW,
LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order dismissing his civil action alleging discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jarvis v. Staples, Inc., No. 8:10-cv-00244-PJM (D. Md. Nov. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED